In the Matter of the Petition of OTTO H. GEORGI, as Administrator of COSSUTH L. GEORGI, Deceased, for the Disposition of Lands and Property of said Decedent for the Payment of Debts.

OTTO H. GEORGI, Administrator, Appellant; PETER DALY, Purchaser, Respondent.

*Matter of Georgi,* 44 App. Div. 180, affirmed.
(Submitted April 17, 1900; decided May 1, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made November 11, 1899, affirming an order of the Surrogate's Court of New York county denying a motion to compel the completion of the purchase of certain real property and granting the motion of the purchaser to be released therefrom.

*John Aitken* for appellant.

*David McClure* for respondent.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.